IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GODFREY D. HENNEGHAN           *

        Plaintiff(s)        *

vs.                            *       Civil Action No.   07-2173 (HHK)

DISTRICT OF COLUMBIA PUBLIC    *
SCHOOLS
        Defendant(s)       *****

**EMERGENCY MOTION TO ORDER
DEFENDEANT DISTRICT OF COLUMBIA PUBLIC SCHOOLS
TO SUBMIT A COPY OF DEFENDANTS MOTION TO DISMISS
TO PLAINTIFF GODFREY D. HENNEGHAN**

1.  On April 3, 2008, Plaintiff Godfrey D. Henneghan received an ORDER from this honorable court requesting that Plaintiff file his response to the Defendant's motion to dismiss the complaint no later than May 5, 2008.  If Plaintiff does not timely respond, the Court may treat the motion as conceded and dismiss the complaint.

2.  As of this date April 7, 2008, Plaintiff Godfrey D. Henneghan has never received a copy of Defendants motion to dismiss.

3.  Defendant never submitted a copy of their motion to dismiss to Plaintiff Godfrey D. Henneghan.

4.  As a direct result of Defendants negligence, Plaintiff has been ordered to respond to a motion Plaintiff knows nothing about.  Perhaps the Defendants motive is to make it appear that Plaintiff Godfrey D. Henneghan has nothing to say regarding the Defendants motion to dismiss. Nothing could be further from the truth.

RECEIVED
APR - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5.  Plaintiff Godfrey D. Henneghan hereby request this honorable court to Grant Plaintiff's Motion to order DCPS to provide Plaintiff with a copy of their motion to dismiss Plaintiff's complaint.

Respectfully submitted

Godfrey D. Henneghan
5814 Clay Street N.E.
Washington D.C. 20019
202-398-2484

Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GODFREY D. HENNEGHAN | * |
| Plaintiff(s) | * |
| vs. | *   Civil Action No. 07-2173 (HHK) |
| DISTRICT OF COLUMBIA PUBLIC SCHOOLS | * |
| Defendant(s) | ***** |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff **EMERGENCY MOTION TO ORDER DEFENDANT DISTRICT OF COLUMBIA PUBLIC SCHOOLS TO PROVIDE A COPY OF DEFENDANTS MOTION TO DISMISS TO PLAINTIFF GODFREY D. HENNEGHAN** was served by first class U.S. Mail, postage prepaid, this 8th day of April 2008, on Defendant, address as follows:

District of Columbia Public Schools
825 North Capital Street N.E.
Washington D.C. 20002-4232