UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GODFREY D. HENNEGHAN.,** : | |
| **Plaintiff,** : | |
| v. : | Civ. No. 07-2173 (HHK) |
| **DISTRICT OF COLUMBIA PUBLIC SCHOOLS** : | |
| **Defendant.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant's Motion to Dismiss, previously filed electronically on March 21, 2008, was mailed, postage first class, this 10th day of April, 2008 to:

Godfrey D. Henneghan
5814 Clay Street, N.E.
Washington DC 20019


s/Maria Merkowitz
MARIA MERKOWITZ
Senior Assistant Attorney General