UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GODFREY D. HENNEGHAN,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 07-2173 (HHK) |
| | : |
| **DISTRICT OF COLUMBIA PUBLIC SCHOOLS,** | : |
| | : |
| Defendant. | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of this Court will please withdraw the appearance of Senior Assistant Attorney General Maria Merkowitz as counsel on behalf of Defendant District of Columbia, and enter the appearance of Assistant Attorney General Amy Caspari as counsel on behalf of Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH
Chief, Equity Section II
Bar Number: 012914

                                  **/s/ Maria L. Merkowitz**
                                  MARIA L. MERKOWITZ
[312968]
Senior Assistant
Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9842
Maria.Merkowitz@dc.gov

**/s/ Amy Caspari**
Amy Caspari
[488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794
Amy.Caspari@dc.gov

July 3, 2008